**Official Form 1 (10/06)**

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Koslabova, Vladimr** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Koslabova, Renata** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**5784** | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**5785** |
| Street Address of Debtor (No. & Street, City, and State):<br>**8533 South Menard**<br>**Burbank, IL**       ZIP CODE **60459** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**8533 South Menard**<br>**Burbank, IL**       ZIP CODE **60459** |
| County of Residence or of the Principal Place of Business:<br>**Cook** | County of Residence or of the Principal Place of Business:<br>**Cook** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☒ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☒ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☒ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2 million.

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☒ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

Estimated Number of Creditors

| 1-<br>49 | 50-<br>99 | 100-<br>199 | 200-<br>999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| ☐ $0 to $10,000 | ☐ $10,000 to $100,000 | ☒ $100,000 to $1 million | ☐ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,000 to $100,000 | ☐ $100,000 to $1 million | ☒ $1 million to $100 million | ☐ More than $100 million |
|---|---|---|---|---|

Official Form 1 (10/06)                                                    **FORM B1,** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | **Name of Debtor(s):**<br>**Vladmir Koslabova, Renata Koslabova** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:     **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X _____   **1/21/2008**<br>Signature of Attorney for Debtor(s)         Date |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition. |

**Official Form 1 (10/06)**                                                                    **FORM B1,** Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Vladmir Koslabova, Renata Koslabova** |

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ Vladmir Koslabova**
———————————————————————
   Signature of Debtor    **Vladmir Koslabova**

X  **s/ Renata Koslabova**
———————————————————————
   Signature of Joint Debtor  **Renata Koslabova**

———————————————————————
   Telephone Number (If not represented by attorney)
**1/21/2008**
———————————————————————
   Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐  I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐  Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X  **Not Applicable**
———————————————————————
   (Signature of Foreign Representative)

———————————————————————
   (Printed Name of Foreign Representative)

———————————————————————
   Date

| **Signature of Attorney** | **Signature of Non-Attorney Petition Preparer** |
|---|---|

**Signature of Attorney**

X  ———————————————————————
   Signature of Attorney for Debtor(s)

**,**
———————————————————————
   Printed Name of Attorney for Debtor(s) / Bar No.

**Bernard W. Moltz & Associates**
———————————————————————
   Firm Name

**77 West Washington Street  Suite 2110**
———————————————————————
   Address

**Chicago, IL 60602**
———————————————————————

**312-332-0335**                    **312-332-0908**
———————————————————————
   Telephone Number
**1/21/2008**
———————————————————————
   Date

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**
———————————————————————
   Printed Name and title, if any, of Bankruptcy Petition Preparer

———————————————————————
   Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)

———————————————————————
   Address

X  **Not Applicable**
———————————————————————

———————————————————————
   Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**
———————————————————————
   Signature of Authorized Individual

———————————————————————
   Printed Name of Authorized Individual

———————————————————————
   Title of Authorized Individual

———————————————————————
   Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

FORM B6A
(10/05)

In re: **Vladmir Koslabova   Renata Koslabova** _____.         Case No. _____
                                    **Debtors**                                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Lot - 2235 S. Warren Partially burned out structure on property.** | **Fee Owner** | | **$ 300,000.00** | **$ 303,000.00** |
| **Lot - Lake Wildwood, IL Purchase Price 2005 - $850** | **Fee Owner** | J | **$    850.00** | **$    979.16** |
| **Marital Residence - 8533 S. Menard Burbank, IL 60459** | **Fee Owner** | J | **$ 290,000.00** | **$ 315,000.00** |

|  |  |  |  |  |
|---|---|---|---|---|
| | **Total** ➤ | | **$ 590,850.00** | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re  **Vladmir Koslabova   Renata Koslabova**_____,   Case No. _____
                                                                    Debtors                                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re   **Vladmir Koslabova   Renata Koslabova** _____ ,   Case No. _____

Debtors   (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100 shareholder**<br>**Rabaka Trucking, Inc.**<br>**Corp has little to no assets** | | **1,000.00** |
| Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% shareholder**<br>**Rabaka Distributing**<br>**Corp has little to no assets** | | **3,500.00** |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re   **Vladmir Koslabova    Renata Koslabova**_____,        Case No. _____
                                    Debtors                                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **Mazda CX9 Leased Vehicle** | | **30,735.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **Mercedes Benz R-350** | | **38,825.00** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

        __2__   continuation sheets attached                    Total  ➢     **$  74,060.00**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re  **Vladmir Koslabova   Renata Koslabova**                                    Case No. _____
                                        Debtors                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                                  $125,000.
  ☐ 11 U.S.C. § 522(b)(2)
  ☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **Lot - Lake Wildwood, IL Purchase Price 2005 - $850** | **735 ILCS 5/12-1001(b)** | **350.00** | **850.00** |
| **Marital Residence - 8533 S. Menard Burbank, IL 60459** | **735 ILCS 5/12-901** | **30,000.00** | **290,000.00** |
| **Mercedes Benz R-350** | **735 ILCS 5/12-1001(c)** | **2,400.00** | **38,825.00** |

Official Form 6D (10/06)

In re **Vladmir Koslabova Renata Koslabova** _____ , Case No. _____
                                       **Debtors**                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 0019469782<br>**Chase Home Finance**<br>**P.O. Box 78116**<br>**Phoenix, AZ 85062** | | J | **First Lien on Residence**<br>**Marital Residence -**<br>**8533 S. Menard**<br>**Burbank, IL 60459**<br><br>**VALUE $290,000.00** | | | | 315,000.00 | 25,000.00 |
| ACCOUNT NO. 9914557<br>**Delaware Bank Place**<br>**190 E. Delaware Place**<br>**Chicago, IL 60611** | | | **Lot - 2235 S. Warren**<br>**Partially burned out structure on property.**<br><br>**VALUE $300,000.00** | | | | 303,000.00 | 3,000.00 |
| ACCOUNT NO. 1020<br>**Lake Wildwood Association**<br>**1000 Lake Wildwood Drive**<br>**Varna, IL 61375** | | J | **Lot - Lake Wildwood, IL**<br>**Purchase Price 2005 - $850**<br><br>**VALUE $850.00** | | | | 979.16 | 129.16 |
| ACCOUNT NO. 0412819225<br>**Mazda American Credit**<br>**P.O. Box 55000**<br>**Detroit, MI 48255** | | | **Mazda CX9**<br>**Leased Vehicle**<br><br>**VALUE $30,735.00** | | | | 37,171.00 | 6,436.00 |
| ACCOUNT NO. 1022507717<br>**Mercedes Benz**<br>**P.O. Box 9001630**<br>**Louisville, KY 40290** | | H | **Mercedes Benz R-350**<br><br>**VALUE $38,825.00** | | | | 45,016.00 | 6,191.00 |

<u>0</u>    continuation sheets
       attached

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | | |
|---|---|---|
| $ | **701,166.16** | $ **40,756.16** |
| $ | **701,166.16** | $ **40,756.16** |

(Report also on Summary of Schedules) (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

Official Form 6E (10/06)

In re **Vladmir Koslabova    Renata Koslabova** _____    Case No. _____

                                                    Debtors                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑   Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑   **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☑   **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑   **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑   **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑   **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑   **Deposits by individuals**

   Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑   **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑   **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑   **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**1  continuation sheets attached**

**Official Form 6E (10/06) - Cont.**

In re  **Vladmir Koslabova   Renata Koslabova**                                    Case No. _____
                                                                                                    (If known)
                    Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

### Type of Priority:  Extensions of Credit in an Involuntary Case

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Internal Revenue Service Kansas City, MO  64999-0102** | | | **2000-2001 taxes** | | | | **145,000.00** | **145,000.00** | **0.00** |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤
(Totals of this page)
$ **145,000.00**  $ **145,000.00**  $ **0.00**

Total ➤
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)
$ **145,000.00**

Total ➤
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. )
$ **145,000.00**  $ **0.00**

Official Form 6F (10/06)

In re  **Vladmir Koslabova   Renata Koslabova**               Case No. _____
_____               
                        Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐      Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **3-0721-0054123**<br><br>**Allied Waste Services**<br>**13701 South Kostner**<br>**Crestwood, IL 60445** | X | | **Rabaka Trucking, Inc.** | | | | 92.13 |
| ACCOUNT NO.   **002607416**<br><br>**Allstate**<br>**P.O. Box 3589**<br>**Akron, OH 44309** | | J | **Insurance** | | | | 162.00 |
| ACCOUNT NO.   **708-389-8430**<br><br>**AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** | X | | **Rabaka Distributing, Inc.** | | | | 1,700.00 |
| ACCOUNT NO.   **293134668**<br><br>**AT&T Mobility**<br>**P.O. Box 6428**<br>**Carol Stream, IL 60197** | | | **Rabaka Distributing, Inc.** | | | | Unknown |
| ACCOUNT NO.   **705100; 480520**<br><br>**Atlas Mid America**<br>**5050 N. Rive Road**<br>**Schiller Park, IL 60176** | X | | **Rabaka Distributing, Inc.** | | | | 1,235.77 |

<u>14</u>   Continuation sheets attached

Subtotal ▷  $ | 3,189.90

Total ▷  $ | 

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Vladmir Koslabova    Renata Koslabova**                          Case No. _____
                                    **Debtors**                                                      **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  .001-0032770-001 **BBT Equipment Finance** P.O. Box 580155 Charlotte, NC 28258 | X | | Rabaka Distributing, | | | | 25,000.00 |
| ACCOUNT NO.  411722-16-554400-0 **Beneficial** 8022 S. Cicero Burbank, IL 60459 | | J | Personal loan | | | | 23,000.00 |
| ACCOUNT NO. **Blue Cross, Blue Shield** P.O. Box 2036 Aurora, IL 60507 | | | | | | | Unknown |
| ACCOUNT NO.  016857 **Canon** 158 Gaither Drive Suite 200 Mt Laurel, NJ 08054 | X | | Rabaka Trucking, Inc. | | | | 279.70 |
| ACCOUNT NO.  0168575 **Canon Financial Services** P.O. Box 4004 Carol Stream, IL 60197 | | | | | | | Unknown |

Sheet no.  1 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤   $        48,279.70

Total  ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re  **Vladmir Koslabova   Renata Koslabova**                          Case No. _____
_____
Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **Carson Pirie Scott** <br> P.O. Box 17264 <br> Baltimore, MD  21297 | | | | | | | 120.00 |
| ACCOUNT NO. **481107** <br><br> **Cevad Communication Corp.** <br> P.O. Box 39000 <br> San Francisco, CA 94139 | X | | Rabaka Distributing, Inc. | | | | 99.13 |
| ACCOUNT NO. **110019923898** <br><br> **Chase Bank** <br> P O Box 36520 <br> Louisville, KY 40233-6520 | | | Rabaka Trucking, Inc. | | | | 7,300.00 |
| ACCOUNT NO. **4246315133502490** <br><br> **Chase Card Services** <br> P.O. Box 15153 <br> Wilmington, DE 19886 | | J | Credit card | | | | 17,000.00 |
| ACCOUNT NO. <br><br> **Chesterfield Financial Corp.** <br> P.O. Box 309 <br> Chesterfield, MO 63006 | | | Rabaka Distributing, Inc. <br> Lease # CB5388601 | | | | 11,351.68 |

Sheet no. _2_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $       **35,870.81**

Total ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Vladmir Koslabova   Renata Koslabova**_____   Case No. _____
                                    Debtors                                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **07202055377** | X | | **Rabaka Trucking, Inc.** | | | | **39,000.00** |
| **Citizens Bank** P.O. Box 1790 Flint, MI 48501 | | | | | | | |
| ACCOUNT NO.   **27386045** | | | | | | | **5,250.00** |
| **Cook County State's Atty** P.O. Box A3984 Chicago, IL 60690-3984 | | | | | | | |
| ACCOUNT NO. | | | **Menard Property** | | | | **2,978.68** |
| **Cook County Treasurer** 118 N. Clark Street, Suite 112 Chicago, IL 6062 | | | | | | | |
| ACCOUNT NO. | | | **Warren Property, Chicago** | | | | **98.00** |
| **Cook County Treasurer** 118 N. Clark Street suite 112 Chicago, IL 60602 | | | | | | | |
| ACCOUNT NO.   **003-6200627-002** | | | **Rabaka Distributing, Inc.** | | | | **1,000.00** |
| **Dell Financial Services** P.O. Box 5292 Carol Stream, IL 60197 | | | | | | | |

Sheet no. _3_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $    **48,326.68**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Vladmir Koslabova   Renata Koslabova**                          Case No. _____
_____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Directtech Solutions 2760 Beverly Drive, Suite 5 Aurora, IL 60502** | | | | | | | **Unknown** |
| ACCOUNT NO. **Euclid Managers 234 Spring Lake Drive Itasca, IL 60143** | | | | | | | **0.00** |
| ACCOUNT NO. **567524** **Fair Financial P.O. Box 94769 Cleveland, OH 44101** | | J | Loan | | | | **3,500.00** |
| ACCOUNT NO. **3308-6798-1** **Fedex P.O. Box 94515 Palatine, IL 60094** | X | | Rabaka Distributing, Inc. | | | | **50.00** |
| ACCOUNT NO. **2006-71-6769** **Florida Dept. Environmental Prot. P.O. Box 3070 Tallahassee, FL 32315** | | | | | | | **0.00** |

Sheet no. _4_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  >  $ **3,550.00**

Total  >  $ _____

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Vladmir Koslabova   Renata Koslabova**                    Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **4190844-001**<br><br>**G.E. Capital<br>P.O. Box 822018<br>Philadelphia, PA 19182** | X | | **Rabaka Distributing, Inc.<br>Repossessed trailers** | | | | **Unknown** |
| ACCOUNT NO.  **4190844-001**<br><br>**G.E. Capital<br>P.O. Box 7247-0315<br>Philadelphia, PA 19170** | X | | **Rabaka Distributing, Inc.** | | | | **4,227.75** |
| ACCOUNT NO.<br><br>**G.E. Capital<br>P.O. Box 740441<br>Atlanta, GA 30374** | | | | | | | **5,000.00** |
| ACCOUNT NO.<br><br>**Golebiowski Transport<br>6155 S. Massasoit<br>Chicago, IL 60638** | | | | | | | **Unknown** |
| ACCOUNT NO.  **856949904**<br><br>**Grainger<br>6001 W. 115th Street<br>Alsip, IL 60803** | | | **Rabaka Trucking, Inc.** | | | | **700.00** |

Sheet no.  5  of  14  continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal   ▶   $         **9,927.75**

Total   ▶   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Vladmir Koslabova    Renata Koslabova**                                    Case No. _____
_____
**Debtors**                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | Rabaka Trucking, Inc. | | | | **Unknown** |
| **Grzegorz Wickowski** c/o Matthew Belcher & Assoc 351 W. Hubbard Street Suite 650 Chicago, IL 60610 | | | | | | | |
| ACCOUNT NO.   **94124-7110004198** | | | Rabaka Distributing, Inc. | | | | **347.47** |
| **Harris Bank** c/o Transworld Systems P.O. Box 1864 Santa Rosa, CA 95402 | | | | | | | |
| ACCOUNT NO.   **5599100764** | X | | Rabaka Distributing, Inc. Line of Credit | | | | **500.00** |
| **Harris Bank** P.O. Box 6201 Carol Stream, IL 60197 | | | | | | | |
| ACCOUNT NO.   **000009901290107** | | | | | | | **25,000.00** |
| **Harris Bank** P.O. Box 6201 Carol Stream, IL 60197 | | | | | | | |
| ACCOUNT NO.   **5410583900546902** | | W | Credit card | | | | **11,500.00** |
| **HBSC Card Services** P.O. Box 21460 Tulsa, OK 74121 | | | | | | | |

Sheet no. _6_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $            **37,347.47**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Vladmir Koslabova   Renata Koslabova** _____   Case No. _____
                                     Debtors                                               (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **36440470801** <br><br> **Illinois Department of Revenue Motor Fuel Use Tax Section P.O. BOX 19019 Springfield, IL 62794** | | | | | | | **Unknown** |
| ACCOUNT NO. <br><br> **J.K. Business Services 6428 Joliet Road Suite 104 Countryside, IL 60525** | | | **Accounting Services** | | | | **Unknown** |
| ACCOUNT NO.   **1020** <br><br> **Lake Wildwood Utilities P.O. Box 1105 Northbrook, IL 66065-1105** | | | **Utilities** | | | | **45.00** |
| ACCOUNT NO.   **20656** <br><br> **Liberty Propane P.O. Box 458 Lemont, IL 60439** | **X** | | **Rabaka Trucking, Inc.** | | | | **19.30** |
| ACCOUNT NO.   **984-390-310** <br><br> **Limited Too P.O. box 182118 Columbus, OH 43218** | | | | | | | **150.00** |

Sheet no. _7_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ⟩ | $ | **214.30**

Total ⟩ | $ |

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Vladmir Koslabova   Renata Koslabova**                              Case No. _____
                              Debtors                                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **81924141002295**<br><br>**Lowes**<br>**P.O. Box 530914**<br>**Atlanta, GA 30353** | | H | Credit card | | | | 1,537.22 |
| ACCOUNT NO.   **43-746-327-618-0**<br><br>**Macy's**<br>**P.O. Box 689195**<br>**Des Moines, IA 50368** | | | | | | | 250.00 |
| ACCOUNT NO.<br><br>**MBMP Trucking, Inc.**<br>**10800 South Plahm Court**<br>**Worth, IL 60482** | | | | | | | Unknown |
| ACCOUNT NO.   **07090044**<br><br>**McHanen & Sigunick**<br>**6th Foor**<br>**412 South Wells Street**<br>**Chicago, IL 60607** | | | | | | | 4,220.00 |
| ACCOUNT NO.   **RABAK01**<br><br>**McNellis & Company**<br>**9401 S. Pulaski Road**<br>**3rd Floor**<br>**Evergreen Park, IL 60805** | X | | Rabaka Trucking, Inc. | | | | 34,587.00 |

Sheet no. _8_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $   40,594.22

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Vladmir Koslabova   Renata Koslabova** _____   Case No. _____
                              **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6685941030** <br><br> **Metlife Auto & Home** <br> **P.O. Box 41753** <br> **Philadelphia, PA 19101** | | | | | | | **417.00** |
| ACCOUNT NO. **85-85-0130-01860** <br><br> **Mitsubishi Motor Credit** <br> **P.O. Box 660450** <br> **Dallas, TX 75266** | **X** | | **Guarantor vehicles for business** | | | | **31,000.00** |
| ACCOUNT NO. **1020** <br><br> **Nedra K. Junker** <br> **Marshall County Treasurer** <br> **P.O. Box 328** <br> **122 N. Prairie** <br> **Lacon, IL 61540** | | | | | | | **37.36** |
| ACCOUNT NO. **96-50-59-9751-8** <br><br> **Nicor** <br> **P.O. Box 416** <br> **Aurora, IL 60568** | **X** | | **Rabaka Distributing, Inc.** | | | | **1,200.00** |
| ACCOUNT NO. **8348730** <br><br> **Oxford Bank** <br> **P.O. Box 129** <br> **Addison, IL 60101** | | **H** | **Repossessed vehicle** <br> **Remaining balance** | | | | **21,581.75** |

Sheet no. _9_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $ **54,236.11**

Total ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

Official Form 6F (10/06) - Cont.

In re   **Vladmir Koslabova   Renata Koslabova** _____   Case No. _____
                        Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **118060L** <br><br> **Parent Petroleum, Inc.** <br> **37 W. 370 Rt 38** <br> **St. Charles, IL 60175** | X | | Rabaka Distributing, Inc. | | | | 3,395.20 |
| ACCOUNT NO.  **KYL-194710** <br><br> **Premium Financing Specialists** <br> **462 South 4th Street** <br> **Louisville, KY  40202** | | | Insurance | | | | 939.36 |
| ACCOUNT NO.  **351888** <br><br> **Procom Enterprises** <br> **6615 W. Irving Park Road** <br> **Suite 201** <br> **Chicago, IL 60634** | | | | | | | 760.00 |
| ACCOUNT NO. <br><br> **R&R Investment** <br> **P.O. Box 312** <br> **Chicago Ridge, IL 60415** | X | | Rabaka Trucking, Inc. | | | | 53,332.60 |
| ACCOUNT NO. <br><br> **Royal Trucking, Co.** <br> **7N417 IL Route 25** <br> **Elgin, IL 60120** | | | | | | | 0.00 |

Sheet no. _10_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $          58,427.16

Total  ➢  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re **Vladmir Koslabova   Renata Koslabova** _____   Case No. _____
                                          Debtors                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | Unknown |
| **Sam Cuba** **7480 West College Drive** **Suite 101** **Palos Heights, IL 60463** | | | | | | | |
| ACCOUNT NO. | X | | Rabaka Distributing, Inc. | | | | 83.91 |
| **SBC Ameritech** **175 E. Houston** **San Antonio, TX 78205** | | | | | | | |
| ACCOUNT NO. | | | Trailer repair | | | | 391.12 |
| **Schneider National** **P.O. Box 2545** **Green Bay, WI 54306** | | | | | | | |
| ACCOUNT NO. | | | Previous rent | | | | Unknown |
| **Simborg Industrial Real Estate** **1149 West 175th Street** **Homewood, IL 60430** | | | | | | | |
| ACCOUNT NO.   314777016 | X | | Rabaka Distributing, Inc. | | | | 4,866.24 |
| **Simple Grinnel** **c/o Joseph Mann Collection** **20600 Chagrin Blvd.** **Suite 5510** **Shaker Heights, OH 44122** | | | | | | | |

Sheet no. 11 of 14 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ▶ $ **5,341.27**

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re  **Vladmir Koslabova   Renata Koslabova**                              Case No. _____
                                         Debtors                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **311-0177016; 01814305** <br><br>**Simplex Grinnell** <br>**50 Technology Drive** <br>**Westminster, MA 01441** | | | | | | | **Unknown** |
| ACCOUNT NO.  **KOSTO002** <br><br>**Southwest Dermitology** <br>**7123 West Archer Avenue** <br>**Chicago, IL 60638** | | | | | | | **390.00** |
| ACCOUNT NO.  **873191510** <br><br>**Sprint** <br>**P.O. Box 4181** <br>**Carol Stream, IL 60197** | X | | **Rabaka Trucking, Inc.** | | | | **427.06** |
| ACCOUNT NO.  **406940483** <br><br>**T-Moblile** <br>**P.O. Box 742596** <br>**Cincinnati, OH 45274** | | | | | | | **550.00** |
| ACCOUNT NO.  **0710003588** <br><br>**Toyota Financial** <br>**P.O. Box 3457** <br>**Torrance, CA 90511** | X | | **Rabaka Distributing, Inc.** | | | | **3,000.00** |

Sheet no. _12_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ▸  $  **4,367.06**

Total  ▸  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re   **Vladimr Koslabova   Renata Koslabova**                              Case No. _____
                              Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **523753-150247**<br><br>**Transcare**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** | X | | **Rabaka Distributing, Inc.** | | | | 1,275.00 |
| ACCOUNT NO.   **106090661**<br><br>**Translease, Inc.**<br>**P.O. Box 16464**<br>**Denver, CO 80216** | X | | **Rabaka Distributing, Inc.**<br>**3 repossessed trucks** | | | | Unknown |
| ACCOUNT NO.   **KYU182857**<br><br>**Transportation Cabinet**<br>**P.O. Box 2004**<br>**Frankfort, KY 40602** | | | **Rabaka Trucking, Inc.** | | | | 323.25 |
| ACCOUNT NO.<br><br>**Transportion Regulation Consultants**<br>**361 S. Frontage Road**<br>**Suite 123**<br>**Burr Ridge, IL 60527** | | | | | | | Unknown |
| ACCOUNT NO.   **TR 701415**<br><br>**Truckstop**<br>**P.O. Box 99**<br>**New Plymouth, ID 83655** | X | | **Rabaka Distributing, Inc.** | | | | 105.00 |

Sheet no. __13__ of __14__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $        **1,703.25**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Official Form 6F (10/06) - Cont.

In re    **Vladmir Koslabova    Renata Koslabova**                              Case No. _____
                        Debtors                                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER *(See instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **20006876** <br><br> **U.S. Energy Savings Corporation** <br> **35190 Eagle Way** <br> **Chicago, IL 60678** | | | | | | | **Unknown** |
| ACCOUNT NO. <br><br> **Vanrox Express Carriers, LLC** <br> **19850 NS 64Ct** <br> **Miami, FL 33015** | | | **Rabaka Distributing, Inc.** | | | | **Unknown** |
| ACCOUNT NO. <br><br> **VW Credit** <br> **Asset Recovery** <br> **P.O. Box 7572** <br> **Libertyville, IL 60048** | **X** | | **Repossessed Vehicle** | | | | **0.00** |
| ACCOUNT NO. <br><br> **Xtra Lease** <br> **Stein & Rootman** <br> **105 West Madison Street** <br> **Chicago, IL 60602** | **X** | | **Rabaka Distributing, Inc.** | | | | **27,647.08** |

Sheet no. _14_ of _14_ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal ➤  $      **27,647.08**

Total ➤  $    **379,022.76**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Form B6G
(10/05)

In re: **Vladmir Koslabova    Renata Koslabova**_____,    Case No. _____
                                    **Debtors**                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

Form B6H
(10/05)

In re:  **Vladmir Koslabova    Renata Koslabova**                                    Case No. _____
                                    **Debtors**                                                      (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rabaka Trucking**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Allied Waste Services**<br>**13701 South Kostner**<br>**Crestwood, IL 60445** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **AT&T**<br>**P.O. Box 8100**<br>**Aurora, IL 60507** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Atlas Mid America**<br>**5050 N. Rive Road**<br>**Schiller Park, IL 60176** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **BBT Equipment Finance**<br>**P.O. Box 580155**<br>**Charlotte, NC 28258** |
| **Rabaka Trucking**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Canon**<br>**158 Gaither Drive**<br>**Suite 200**<br>**Mt Laurel, NJ 08054** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Cevad Communication Corp.**<br>**P.O. Box 39000**<br>**San Francisco, CA 94139** |
| **Rabaka Trucking**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Citizens Bank**<br>**P.O. Box 1790**<br>**Flint, MI 48501** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Fedex**<br>**P.O. Box 94515**<br>**Palatine, IL 60094** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **G.E. Capital**<br>**P.O. Box 7247-0315**<br>**Philadelphia, PA 19170** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **G.E. Capital**<br>**P.O. Box 822018**<br>**Philadelphia, PA 19182** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Harris Bank**<br>**P.O. Box 6201**<br>**Carol Stream, IL 60197** |
| **Rabaka Trucking**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Liberty Propane**<br>**P.O. Box 458**<br>**Lemont, IL 60439** |
| **Rabaka Trucking**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **McNellis & Company**<br>**9401 S. Pulaski Road**<br>**3rd Floor**<br>**Evergreen Park, IL 60805** |

Form B6H -Cont.

(10/05)

In re:  **Vladmir Koslabova   Renata Koslabova** _____.   Case No. _____
                          **Debtors**                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Mitsubishi Motor Credit**<br>**P.O. Box 660450**<br>**Dallas, TX  75266** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Nicor**<br>**P.O. Box 416**<br>**Aurora, IL 60568** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Parent Petroleum, Inc.**<br>**37 W. 370 Rt 38**<br>**St. Charles, IL 60175** |
| **Rabaka Trucking**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **R&R Investment**<br>**P.O. Box 312**<br>**Chicago Ridge, IL 60415** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **SBC Ameritech**<br>**175 E. Houston**<br>**San Antonio, TX 78205** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Simple Grinnel**<br>**c/o Joseph Mann Collection**<br>**20600 Chagrin Blvd.**<br>**Suite 5510**<br>**Shaker Heights, OH 44122** |
| **Rabaka Trucking**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Sprint**<br>**P.O. Box 4181**<br>**Carol Stream, IL 60197** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Toyota Financial**<br>**P.O. Box 3457**<br>**Torrance, CA 90511** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Transcare**<br>**P.O. Box 8500**<br>**Philadelphia, PA 19178** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Translease, Inc.**<br>**P.O. Box 16464**<br>**Denver, CO 80216** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Truckstop**<br>**P.O. Box 99**<br>**New Plymouth, ID 83655** |
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **VW Credit**<br>**Asset Recovery**<br>**P.O. Box 7572**<br>**Libertyville, IL 60048** |
|  |  |

Form B6H -Cont.
(10/05)

In re:  **Vladmir Koslabova   Renata Koslabova** _____ .   Case No. _____
_____ **Debtors**                                                    (If known)

# SCHEDULE H - CODEBTORS

☐   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rabaka Distributing**<br>**8533 S. Menard**<br>**Burbank, IL 60459** | **Xtra Lease**<br>**Stein & Rootman**<br>**105 West Madison Street**<br>**Chicago, IL 60602** |

**Official Form 6I (10/06)**

In re   **Vladmir Koslabova Renata Koslabova**     Case No. _____
_____
**Debtors**     (If known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 7, 11, 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |
| | Son | 16 |
| | Daughter | 10 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Trucker** | **Housewife** |
| Name of Employer | **Self-Employed** | |
| How long employed | | |
| Address of Employer | | |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | 2,600.00 | $ | 0.00 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,600.00 | $ | 0.00 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | 0.00 | $ | 0.00 |
| b. Insurance | $ | 0.00 | $ | 0.00 |
| c. Union dues | $ | 0.00 | $ | 0.00 |
| d. Other (Specify) _____ | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 0.00 | $ | 0.00 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,600.00 | $ | 0.00 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | 0.00 | $ | 0.00 |
| 11. Social security or other government assistance (Specify) | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income (Specify) | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 0.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,600.00 | $ | 0.00 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | | $ 2,600.00 | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

Official Form 6J (10/06)

In re **Vladmir Koslabova Renata Koslabova**                    ,        Case No. _____
                                                    **Debtors**                                    **(If known)**

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐   Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,600.00 |
|     a. Are real estate taxes included?   Yes ✓   No _____ | | |
|     b. Is property insurance included?   Yes ✓   No _____ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 475.00 |
|     b. Water and sewer | $ | 0.00 |
|     c. Telephone | $ | 300.00 |
|     d. Other _____ | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 750.00 |
| 5. Clothing | $ | 100.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|     a. Homeowner's or renter's | $ | 0.00 |
|     b. Life | $ | 0.00 |
|     c. Health | $ | 0.00 |
|     d. Auto | $ | 0.00 |
|     e. Other _____ | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) _____ | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|     a. Auto | $ | 3,000.00 |
|     b. Other **IRS Payment** | $ | 3,000.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other _____ | $ | 0.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 10,625.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
|     a. Average monthly income from Line 15 of Schedule I | $ | 2,600.00 |
|     b. Average monthly expenses from Line 18 above | $ | 10,625.00 |
|     c. Monthly net income (a. minus b.) | $ | -8,025.00 |

**Official Form 6 - Summary (10/06)**

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Vladmir Koslabova    Renata Koslabova**                              ,
                                                        Debtors

Case No. _____

Chapter   __7__

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $       590.850.00 | | |
| B - Personal Property | YES | 3 | $        74.060.00 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $       701.166.16 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $       145,000.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 15 | | $       379.022.76 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 3 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $        2.600.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $       10.625.00 |
| TOTAL | | 29 | $       664,910.00 | $     1,225,188.92 | |

**Official Form 6 - Declaration (10/06)**

In re **Vladmir Koslabova    Renata Koslabova** _____  Case No. _____
                                    Debtors                                              **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **31** sheets (*total shown on summary page plus 2*), and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **1/21/2008** _____        Signature:  **s/ Vladmir Koslabova** _____
                                                              **Vladmir Koslabova**
                                                                          Debtor

Date:  **1/21/2008** _____        Signature:  **s/ Renata Koslabova** _____
                                                              **Renata Koslabova**
                                                                  (Joint Debtor, if any)

                                                    [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

### (NOT  APPLICABLE)

--------------------------------------------------------------------------------------
*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.